IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-60005
_____


TORRES-VARGAS BALTAZAR,

                                        Petitioner,

versus

JOHN ASHCROFT,
ATTORNEY GENERAL,

                                        Respondent.

_____
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A91-019-863
_____
March 7, 2002

Before REAVLEY, WIENER, and PARKER, Circuit Judges.


PER CURIAM:[*]

     Torres-Vargas Baltazar petitions for review of an order of

the Board of Immigration Appeals (BIA) holding that Baltazar's

state conviction for felony driving while intoxicated was an

aggravated felony warranting his removal from this country.  The

respondent and Baltazar have filed a joint motion to remand the

case to the BIA for reconsideration in light of United States v.

Chapa-Garza, 243 F.3d 921, 927 (5th Cir. 2001).  Both parties

also move to withdraw the respondent's motion to dismiss.

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Baltazar's petition for review is GRANTED.  The order of the BIA is VACATED, and this case is REMANDED to the BIA for disposition consistent with <u>Chapa-Garza</u>, 243 F.3d at 927.  All other outstanding motions are DENIED.